WMG

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:21-CR-136-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| ANTOINETTE ANDREA COLBERT | ) | |

The United States Attorney charges as follows:

Between August of 2008 and October of 2019, in the Eastern District of North Carolina and elsewhere, the defendant, ANTOINETTE ANDREA COLBERT, willfully and knowingly did steal and purloin property of the United States, to wit, Social Security monies exceeding $1,000, in violation of Title 18, United States Code, Section 641.

## FORFEITURE NOTICE

The defendant is given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of the offense set forth in the Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as made applicable by 28 U.S.C. § 2461(c), any property, real or personal, that constitutes or is derived, directly or indirectly, from proceeds traceable to the commission of the offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

G. NORMAN ACKER, III.
Acting United States Attorney

BY: WILLIAM M. GILMORE
Assistant United States Attorney