"UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antoinette Colbert**                       **Docket No. 7:21-CR-136-1M**

**Petition for Action on Probation**

COMES NOW Erin E. Cunningham, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antoinette Colbert, who, upon a finding of guilt by jury to Theft of Government Funds, 18 U.S.C. § 641, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on May 20, 2022, to 36 months probation under the conditions adopted by the court.

On May 26, 2022, the defendant submitted to a drug test which resulted in a positive confirmation for marijuana. No action was requested at that time.

On August 25, 2022, the defendant submitted to a drug test which resulted in a positive confirmation for marijuana. On August 29, 2022, a violation report was filed, and no action was recommended to allow the defendant to continue outpatient substance abuse treatment.

On November 22, 2022, the defendant submitted to a drug test which resulted in a positive confirmation for marijuana. On December 7, 2022, a violation report was filed, and the defendant signed a waiver agreeing to adhere to a 60-day curfew with location monitoring.

On December 12, 2023, the defendant submitted to a drug test which resulted in a positive confirmation for marijuana. No action was requested at that time.

On January 22, 2024, the defendant submitted to a drug test which resulted in a positive confirmation for marijuana. No action was requested at that time as she is being returned to substance abuse treatment.

On May 23, 2024, the defendant submitted to a drug test which resulted in a positive confirmation for marijuana. No action was requested at that time to allow her to continue with substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 15, 2024, the defendant submitted to a drug test which resulted in a positive confirmation for marijuana. The defendant was admonished for her continued behavior. It is recommended that the court continue supervision and require the defendant to complete 24 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 24 hours of community service, within 90 days, as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Antoinette Colbert
Docket No. 7:21-CR-136-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Erin E. Cunningham
Erin E. Cunningham
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2050
Executed On: October 28, 2024

## ORDER OF THE COURT

Considered and ordered this 29th day of October, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge